**E-FILED**
Friday, 14 August, 2009  04:02:55 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **BENNY R. SHAW,** ) | |
| ) | **Case No. 08-CV-2187** |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS and CHAMPAIGN** ) | |
| **COUNTY STATE'S ATTORNEY'S** ) | |
| **OFFICE,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Magistrate Judge David G. Bernthal has filed two Reports and Recommendations (#45, #47) in this case.  On August 3, 2009, Plaintiff, Benny R. Shaw, filed his Objection (#48).  This court has carefully reviewed Judge Bernthal's Reports and Recommendations and Plaintiff's Objection. Following this court's careful de novo review, this court agrees with and accepts Judge Bernthal's Reports and Recommendations (#45, #47).  This court finds that Judge Bernthal thoroughly set out the applicable law and that his Reports and Recommendations provide a well reasoned application of the law to the facts of this case.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#45, #47) are accepted by this court.

(2) Defendant Illinois Department of Corrections' Motion to Dismiss (#32) is GRANTED. This court agrees with Judge Bernthal that Defendant Illinois Department of Corrections is not a person within the meaning of the statute and is not subject to suit under 42 U.S.C. § 1983.

(3) Defendant Champaign County State's Attorney's Office's Motion to Dismiss (#29) is GRANTED.  This court agrees with Judge Bernthal that Plaintiff's claim against Defendant Champaign County State's Attorney's Office is barred by the Eleventh Amendment.

(4) Plaintiff's Motion to Amend Complaint (#40) in which he sought to amend his damages request, is DENIED as moot.

(5) Defendant Champaign County State's Attorney's Office's Motion to Adopt Argument of Co-Defendant (#46) is also DENIED as moot.

(6) This case is terminated.

ENTERED this 14th  day of August, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE